**MEDICAL SAVINGS INSURANCE COMPANY, Plaintiff–Appellant,**

v.

**HCA, INC., HCA Health Services of Florida, Inc., Lee Memorial Health Systems, Inc., Martin Memorial Health System, Martin Memorial Medical Center, Inc., et al., Defendants–Appellees,**

**Lee Memorial Hosp., et al., Defendants.**

No. 05–14230.

United States Court of Appeals, Eleventh Circuit.

June 27, 2006.

Alan Jeffrey Nisberg, Anthony J. Russo, Butler Pappas Weihmuller Katz Craig LLP, Tampa, FL, for Plaintiff–Appellant.

Julia C. Ambrose, Kevin D. McDonald, Toby G. Singer, Jones, Day, Reavis & Pogue, James R. Atwood, Covington & Burling, Adam J. Coates, Jeffrey W. Kilduff, Jay T. Smith, Lani Miller, Washington, DC, Geoffrey P. Forgione, Jones Day, Los Angeles, CA, David Clark Borucke, Steven L. Brannock, Holland & Knight, LLP, Benjamin H. Hill, III, Lara J. Tibbals, Marie A. Borland, Hill, Ward & Henderson, P.A., Tampa, FL, for Defendants–Appellees.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

After careful consideration of the record and the written and oral arguments presented by all parties, we **affirm** based on the well-reasoned opinion of the district court.